# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANDRE JONES, on behalf of himself and the purported class members similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RORY VOHWINEL, doing business as ROVO & ASSOCIATES, and NORTH AMERICAN ASSET SERVICES LLC, doing business as FRONTIER FINANCIAL GROUP,<br><br>Defendants. | Case No. 10 C 7954<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Geraldine Soat Brown |

**Defendants' Motion To Stay Time To Answer, Stay Briefing on Plaintiff's Motion To Certify Class, and Refer The Case To Magistrate For A Settlement Conference**

Defendants North American Asset Services LLC ("North American") and Rory Vohwinkel ("Vohwinkel"), by and through their attorneys, respectfully move this Court for entry of an order staying the time for Defendants to answer or otherwise plead in response to the Complaint, stay the briefing on Plaintiffs' motion to certify class, and refer this matter to the magistrate judge for a settlement conference. In support of the motion, Defendants state as follows:

1. Plaintiff filed the Complaint in this case alleging claims against Defendants under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. (the "FDCPA"), the Illinois Collection Agency Act, 225 ILCS 425/1 et seq. ("ICAA"), and the Illinois Consumer Fraud Act, 815 ILCS 505/2 ("ICFA").

2. Moreover, on January 27, 2011, Plaintiff filed a Motion to Certify Class (Docket # 13).

3.      Defendant North American has been in existence for less than three years and has less than $100,000 in assets.

4.      Defendant Vohwinkel is an individual attorney with net assets of less than $100,000.

5.      Defendants are desirous of pursuing settlement discussions in a conference with the Magistrate Judge, and seek to curtail the accrual of additional attorneys fees by Plaintiff's counsel that might inhibit any possible settlement.

WHEREFORE, Defendants respectfully request that this Court grant a stay of the time to respond to the Complaint and a stay of the briefing on Plaintiff's Motion to Certify Class, and refer this matter to the Magistrate Judge for a settlement conference, together with such other and further relief as this Court deems just and proper.

Dated: February 8, 2011                      *Respectfully submitted,*

By:  /s/ Christopher T. Sheean
Christopher T. Sheean (#6210018)
Swanson, Martin & Bell LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
Fax (312) 321-0990
Counsel for North American Asset Services LLC